IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION


UNITED STATES OF AMERICA, for the
Benefit of L & A CONTRACTING
COMPANY                                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 2:07-cv-57(DCB)(JMR)

FEDERAL INSURANCE COMPANY, and
BYRD BROTHERS, INC.                                       DEFENDANTS


ORDER

     This cause is before the Court on defendant Byrd Brothers,
Inc.'s motion in limine **(docket entry 65)**.  Having considered the
motion and response, the Court finds as follows:

     Byrd Brothers moves to preclude "any evidence, testimony or
reference of any kind concerning the pecuniary condition of Byrd
Brothers of Plaintiff, including, but not limited to, the relative
financial size and success of each company, as well as the net
and/or gross amounts of income and/or profits earned by Byrd
Brothers or Plaintiff during the instant project."   Motion in
Limine, p. 1.  The plaintiff agrees that the pecuniary conditions
of Byrd Brothers and the plaintiffs should not be admitted into
evidence.   The plaintiff understands the motion not to seek
preclusion of "the amount of money paid or received by each party
in connection with the transactions which are the subject matter of
this case, including, without limitation, the amount of money
received by Byrd Brothers in connection with the first settlement
agreement and general release executed on or about January 31,
2006."  Response, p. 1.  Byrd Brothers has not objected to the

plaintiff's interpretation.  The motion in limine shall therefore be granted.

Byrd Brothers also moves to preclude "evidence, testimony, implication or reference of any kind that Byrd Brothers is a party to the October 9, 2005 Subcontract Agreement between the plaintiff and Ashbritt, Inc."  Motion in Limine, p. 2.  The plaintiff responds that it has no intention of making any such implication that Byrd Brothers was a party to said agreement.  The motion in limine shall therefore be granted.  Accordingly,

IT IS HEREBY ORDERED that defendant Byrd Brothers, Inc.'s motion in limine **(docket entry 65)** is GRANTED.

SO ORDERED, this the 16th day of June, 2009.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE